THE TOWNSHIP OF PEMBERTON v. THE STATE OF
NEW JERSEY.

May 18, 1981.

Petition for certification denied.  (See 178  *N.J.Super.* 346)

STATE OF NEW JERSEY v. DAVID RIVERS.

May 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT DAVIDSON.

May 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. MORRIS HACKER.

May 18, 1981.

Petition for certification denied.  (See 177  *N.J.Super.* 533)